UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROGER JALDIN *et al.* <br><br> Plaintiffs <br> v. <br><br> RECONTRUST COMPANY, N.A. *et al.* <br><br> Defendants | No. 1:12-cv-01117-AJT-JFA |

**JOINT DISCOVERY PLAN
PURSUANT TO THE COURT'S ORDER OF OCTOBER 9, 2012**

Pursuant to the Court's Scheduling Order entered on October 9, 2012, Plaintiffs Janet & Roger Jaldin and Defendants ReconTrust Company, NA and Bank of America, NA have, by counsel, conferred regarding the conduct of discovery in this matter.

**I.       TIMING OF INITIAL DISCLOSURES**

Pending before the Court is Defendants' motion to dismiss.  The outcome of that motion may affect the need and scope of the initial disclosures.  Accordingly, the conferring parties propose that initial disclosures be due within 14 days after the Court's order entered on the pending motion to dismiss or by November 30, 2012, whichever is earlier.

**II.      ELECTRONIC SERVICE OF DISCOVERY MATERIALS, INCLUDING INITIAL DISCLOSURES; COMPLETION OF DISCOVERY**

To the extent technically feasible (i.e., to the extent production of large volumes of documents is not required), the Conferring Parties propose to serve copies of the Initial Disclosures as .PDF documents via electronic mail upon all parties whose counsel have registered for electronic service.   Where electronic service would necessitate the creation of

large electronic files, or the transmission of numerous smaller electronic files to overcome e-mail size limitations, the Conferring Parties agree to make service via U.S. Mail with a courtesy e-mail advising that documents are being mailed.

The parties shall complete discovery, including interrogatories, requests for admission and for production of documents, and up to 5 depositions per side, by January 11, 2013 as required by the Court's Order of October 9, 2012.

### III.    CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

The Conferring Parties do not unanimously consent to the exercise of jurisdiction and entry of judgment by the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

### IV.    CHANGES IN DISCOVERY LIMITATIONS

The Conferring Parties do not propose any changes in the form of Initial Disclosures, the limitations on discovery proposed by the Federal Rules of Civil Procedure or this Court's Local Rules, or the timing of expert disclosures pursuant to Local Rule 26(D)(2).   The Conferring Parties also do not believe it necessary to conduct discovery in phases or to limit or focus discovery to particular issues.   At the present time, the Conferring Parties do not foresee any issues about disclosure or discovery of electronically-stored information.

### V.    POSSIBILITY OF SETTLEMENT

This case is not yet ripe for settlement discussions at the present time due to the pending dispositive motion.   The Conferring Parties intend and plan to revisit the issue following the Court's decision on the motion as appropriate.

Respectfully submitted,

      */s/ Gregory Bryl*
Gregory Bryl, Esq., VSB# 45225
BRYL LAW OFFICES
1629 K Street NW, Suite 300
Washington, DC 20006
202-360-4950
703-997-5925 fax
help@bryllaw.com
*Attorney for Plaintiffs*


      */s/ Joseph J. Patry*
Adrien C. Pickard, Esq., VSB# 65833
Joseph J. Patry, Esq., VSB# 73302
BLANK ROME LLP
600 New Hampshire Avenue, NW
Washington, D.C. 20037
Fax: (202) 572-1429
apickard@blankrome.com
*Attorneys for Defendants*