IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROGER JALDIN, *et al.*,                )<br>                                                )<br>            Plaintiffs,                         )<br>v.                                                )<br>                                                )<br>RECONTRUST COMPANY, N.A., *et al.*,  )<br>                                                )<br>            Defendants.                       )<br>_____)  | Civil Action No.  1:12-cv-01117 (AJT/JFA) |

## ORDER

This matter is before the Court on the Motion to Dismiss by Defendants Bank of America, N.A. and ReconTrust Company, N.A. [Doc. No. 5], on which a hearing was held on November 9, 2012.  Upon consideration of the motion, the memorandum in support thereof and in opposition thereto, and the arguments of counsel at the hearing, and for the reasons stated in open court, it is hereby

ORDERED that the Motion to Dismiss by Defendant Bank of America, N.A. and ReconTrust Company, N.A. [Doc. No. 5] be, and the same hereby is, granted; and it is further

ORDERED that the Complaint be, and the same hereby is, DISMISSED with leave to file an amended complaint within fourteen (14) days of the date of this Order.

The Clerk is directed to forward copies of this Order to all counsel of record.

                                                        /s/
                                        _____
                                        Anthony J. Trenga
                                        United States District Judge

Alexandria, Virginia
November 9, 2012